UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID BURNS,

    Plaintiff

v.

RUIZ, et al.,

    Defendants

Case No.: 3:20-cv-00032-MMD-CSD

**Order**

Re: ECF No. 36

Plaintiff has filed his proposed third amended complaint (TAC). (ECF No. 36.)

The proposed TAC lists Dr. Hanf in the caption, but Dr. Wulff is the only defendant listed in the body of the TAC. Plaintiff alleges he saw Dr. Wulff in August of 2018, and Plaintiff complained of his arthritis pain. Dr. Wulff focused on Plaintiff's skin mole but ignored his complaints of pain. Plaintiff was not given medication until Dr. Hanf prescribed it in December 2018.

The court finds that Plaintiff states a colorable Eighth Amendment claim of deliberate indifference to his serious medical needs against Dr. Wulff, and may proceed with the TAC in this regard.

**CONCLUSION**

The TAC (ECF No. 36) is the operative complaint. Plaintiff may **PROCEED** with his Eighth Amendment deliberate indifference to serious medical needs claim in the TAC only against Dr. Wulff.

The Attorney General's Office shall file a notice on or before **June 2, 2022**, indicating whether it will accept service for Dr. Wulff. If service is accepted, Dr. Wulff shall have up to and

including **June 16, 2022**, to file an answer or otherwise respond to the TAC. At that point, the court will issue a new scheduling order.

**IT IS SO ORDERED**.

Dated: May 19, 2022

_____
Craig S. Denney
United States Magistrate Judge

2