# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>RUIZ, et al.,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00032-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 54 |

　　　Before the court is Plaintiff's Request for Confirmation of Plaintiff's Rebuttal Argument to Defendant's Motion for Summary Judgment (ECF No. 54).

　　　Plaintiff is advised that on February 1, 2023, the court received Plaintiff's "Rebuttal Argument to Defendant's Motion for Summary Judgment" (ECF No. 53).

　　　DATED:  February 14, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　CSD
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE