# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>               Plaintiff,<br>   v.<br><br>RUIZ, et al.,<br><br>               Defendants. | 3:20-cv-00032-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 58 |

Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendant's Summary Judgment Motion (ECF No. 58).

According to the court's docket, Plaintiff filed his response to Defendant's Motion for Summary Judgment on February 1, 2023 (ECF No. 53).

Therefore, Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (ECF No. 58) is **<u>DENIED</u>** as moot.

**IT IS SO ORDERED.**

DATED:  March 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE